U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

AO 91 (Rev. 11/11)  Criminal Complaint

2026 JUN 26  P 3: 01

CLERK

BY_____
DEPUTY CLERK

# UNITED STATES DISTRICT COURT
for the
District of Vermont

| | |
|---|---|
| United States of America<br>v.<br><br>Jacen E. Blair<br><br><br><br><br>_____<br>*Defendant(s)* | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> )    Case No. 2:26-mj-128-1 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____June 10, 2026_____ in the county of _____Bennington_____ in the

_____ District of _____Vermont_____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. §§ 841(a)(1), (b)(1)(C) | Knowingly and intentionally possessed with intent to distribute cocaine and cocaine base, Schedule II controlled substances. |

This criminal complaint is based on these facts:

See attached Affidavit.

☑ Continued on the attached sheet.

Attested to by reliable electronic means
_____
*Complainant's signature*

Cory Kingston, Detective, Bennington County Sheriff
_____
*Printed name and title*

Subscribed and sworn to in accordance with the requirements of Fed. R. Crim. P. 4.1

Date: _____06/26/2026_____

City and state: _____Burlington, Vermont_____

_____
*Judge's signature*

Hon. Kevin J. Doyle, U.S. Magistrate Judge
_____
*Printed name and title*