CLOSED

# U.S. District Court
# Northern District of New York − Main Office (Syracuse) [NextGen CM/ECF Release 1.8 (Revision 1.8.5)] (Albany)
# CRIMINAL DOCKET FOR CASE #: 1:26−mj−00169−PJE−1
*Internal Use Only*

Case title: USA v. Blair

Date Filed: 07/28/2026

Other court case number:  2:26−MJ−128 District of Vermont

Date Terminated: 07/31/2026

Assigned to: Magistrate Judge Paul
J. Evangelista

**Defendant (1)**

**Jacen Blair**
*TERMINATED: 07/31/2026*

represented by **Jeremy B. Sporn**
Office of the Federal Public Defender − Albany
Office
54 State Street − Suite 310
Albany, NY 12207
518−436−1850
Email: jeremy_sporn@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community
Defender Appointment*
*Bar Status: Active*
*Fee Status: waived_2025*

| **Pending Counts** | **Disposition** |
| --- | --- |
| None | |

**Highest Offense Level (Opening)**

None

| **Terminated Counts** | **Disposition** |
| --- | --- |
| None | |

**Highest Offense Level
(Terminated)**

None

| **Complaints** | **Disposition** |
| --- | --- |
| 21:841A=CD.F Possession with Intent to Distribute a Controlled Substance | |

**Plaintiff**

**USA**

represented by **Paul DerOhannesian**
DOJ−USAO
445 Broadway
Room 218
Albany, NY 12207
518−618−1629

Email: paul.derohannesian@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*
*Bar Status: Active*
*Fee Status: waived_2026*

Email All Attorneys
Email All Attorneys and Additional Recipients

| Date Filed | # | Docket Text |
|---|---|---|
| 07/28/2026 | 1 | Rule 5(c)(3) Documents Received as to Jacen Blair from District of Vermont (tab) (Entered: 07/29/2026) |
| 07/28/2026 | | Rule 5(c)(3) arrest of Jacen Blair. (tab) (Entered: 07/29/2026) |
| 07/28/2026 | 2 | CJA 23 Financial Affidavit by Jacen Blair (tab) (Entered: 07/29/2026) |
| 07/28/2026 | | Text Minute Entry for proceedings held before Magistrate Judge Paul J. Evangelista: Initial Appearance pursuant to Rule 5(c)(3) as to Jacen Blair held on 7/28/2026. Appearances by AFPD Jeremy Sporn for the Defendant; AUSA Paul DerOhannesian for the Government. USPO Amy Brancatelli, present. The Defendant is advised of his rights and the maximum penalties are stated. The Court qualifies the defendant for counsel based on the financial affidavit and counsel is appointed. The government moves for detention as a risk of flight and danger to the community. The defendant waives his Rule 5 hearings on identity but requests a detention hearing be scheduled in this district. Reserved his right to request a Preliminary hearing in the District of Vermont. A Detention Hearing set for 7/30/2026 @ 1:30 PM in Albany before Magistrate Judge Paul J. Evangelista. The government moves to unseal the complaint and that motion is granted. The Court directs that a full pretrial interview and report be prepared. The Court issues the oral Rule 5(f) Reminder of Prosecutorial Obligation Order. Defendant is remanded to the custody of the U.S. Marshal, pending the detention hearing. (Court Reporter FTR Recorded)(CRD: Tara Burtt)[3:43pm−3:52pm] (tab) (Entered: 07/29/2026) |
| 07/28/2026 | 4 | WAIVER of Rule 5(c)(3) Hearings in this District by Jacen Blair (tab) (Entered: 07/29/2026) |
| 07/29/2026 | 3 | TEXT ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to Jacen Blair. Jeremy B. Sporn for Jacen Blair appointed. Because the defendant has testified under oath or has otherwise satisfied this court that he (1) is financially unable to employ counsel and (2) does not wish to waive counsel, and because the interests of justice so require it is hereby ORDERED that: The Office of the Federal Public Defender for the Northern District of New York is assigned representation of the defendant and shall file a notice of appearance with the Clerk of Court. So Ordered by Magistrate Judge Paul J. Evangelista on 7/28/2026. (tab) (Entered: 07/29/2026) |
| 07/29/2026 | 5 | COURT NOTICE OF HEARING as to Jacen Blair. Detention Hearing set for 7/30/2026 @ 1:30 PM in Albany before Magistrate Judge Paul J. Evangelista. (tab) (Entered: 07/29/2026) |
| 07/30/2026 | 6 | PRETRIAL SERVICES INVESTIGATION REPORT − [LODGED] as to Jacen Blair. **[This document has been electronically lodged with the Court and is viewable by ONLY the attorney for the government, the attorney for the defendant, and the presiding judge. Any further distribution or dissemination is prohibited.]** (anp, ) (Entered: 07/30/2026) |
| 07/30/2026 | | Text Minute Entry for proceedings held before Magistrate Judge Paul J. Evangelista: Detention Hearing as to Jacen Blair held on 7/30/2026. Appearances by AFPD Jeremy Sporn for the Defendant; AUSA Paul DerOhannesian for the Government. USPO Amy Brancatelli, present. The government continues to seek detention as a risk of flight and danger to the community. A detention hearing is held and arguments are heard. The Court finds that no conditions can be set to ensure the safety of the community or Defendant's return to Court. The Defendant is Ordered detained and an Order of Removal to the District of Vermont will be issued. (Court Reporter FTR Recorded)(CRD: Tara Burtt)[1:41pm−2:16pm] (tab) (Entered: 07/30/2026) |

| 07/30/2026 | 7 | ORDER OF DETENTION as to Jacen Blair. Signed by Magistrate Judge Paul J. Evangelista on 7/30/2026. (tab) (Entered: 07/30/2026) |
|---|---|---|
| 07/30/2026 | 8 | COMMITMENT TO ANOTHER DISTRICT as to Jacen Blair. Defendant committed to District of District of Vermont. Signed by Magistrate Judge Paul J. Evangelista on 7/30/2026.(Copies served upon other agencies as directed) (tab) (Entered: 07/30/2026) |
| 07/31/2026 | | TEXT NOTICE to the Clerk, District of Vermont of a Rule 5, Appearance as to Jacen Blair: Your case number is: 2:26−MJ−128. On 7/28/2026, Defendant appeared in the NDNY as a result of an arrest warrant issued. The defendant waived his/her right to Identity Hearing, Preliminary Hearing in this district and a Detention hearing was held on 7/30/2026. Deft Blair was remanded to custody and Ordered removed to your district. NDNY did not collect a bond or passport. Please use PACER Court Links to access the public docket and documents. (tab) (Entered: 07/31/2026) |